THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.,
 Bernard Bacon, Appellant.
 
 
 

Appeal From York County
 Larry R. Patterson, Circuit Court Judge

Unpublished Opinion No. 2008-UP-481
 Submitted August 1, 2008  Filed August
12, 2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Deputy Director for Legal Services Teresa A. Knox, Legal Counsel Tommy
 Evans, Jr., and Legal Counsel J. Benjamin Aplin, all of Columbia, for
 Respondent.
 
 
 

PER CURIAM: Bernard Bacon appeals the revocation of his probation,
 arguing the probation revocation hearing was too summary in nature to allow for
 appellate review.  After a
 thorough review of the record and counsels brief, pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels motion to be
 relieved.[1]
APPEAL
 DISMISSED.
KONDUROS, J., CURETON and
 GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.